UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOYCE DARLENE JONES

VERSUS

MICHAEL J. ASTRUE,
COMMISSIONER OF
THE SOCIAL SECURITY
ADMINISTRATION

CIVIL ACTION

NO. 09-1066-RET

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated July 26, 2011. Plaintiff has filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the ALJ's decision shall be affirmed and the plaintiff's appeal shall be dismissed, with prejudice.

Baton Rouge, Louisiana, August 16th, 2011.

JAMES J. BRADY, DISTRICT JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA